IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM WILSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>LEAGUE COLLEGIATE WEAR, LLC dba LEAGUE LEGACY,<br><br>                    Defendant. | Case No. 1:22-cv-00812 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Sam Wilson filed the above-referenced case against Defendant League Collegiate Wear, LLC dba League Legacy on October 28, 2022.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: January 31, 2023           Respectfully Submitted,

                                  */s/ Benjamin J. Sweet*
                                  Benjamin J. Sweet
                                  ben@nshmlaw.com
                                  **NYE, STIRLING, HALE, MILLER & SWEET, LLP**
                                  1145 Bower Hill Road, Suite 104
                                  Pittsburgh, PA 15243
                                  Phone: 412-857-5350


                                  *Attorneys for Plaintiff Sam Wilson*

**CERTIFICATE OF SERVICE**

I certify that on the 31st day of January, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

                                                                  */s/ Benjamin J. Sweet*
                                                                 Benjamin J. Sweet